UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Hall

     v.          Civil No. 07-cv-330-JM

Town of Salem, et al

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

June 2, 2009            /s/James R. Muirhead
                James R. Muirhead
                United States Magistrate Judge


cc:  Lawrence A. Vogelman, Esq.
    Brian J.S. Cullen, Esq.